THIRD DEPARTMENT, NOVEMBER, 1967

(November 3, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL B. HENDERSON, Appellant.— STALEY, JR., J.

1146

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Staley, Jr., J.